JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 806 -- In re Dun & Bradstreet Commercial Credit Information Services Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/12 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-6), EXHIBITS A - K, CERT. OF SERVICE -- pltfs. Stanley Marks, et al. -- SUGGESTED TRANSFEREE DISTRICT: S.D. OHIO; SUGGESTED TRANSFEREE JUDGE: HONORABLE HERMAN J. WEBER (cds) |
| 89/05/23 | | APPEARANCES: MARVIN MILLER, ESQ. for John Minors, et al.; EDWARD LABATONM, ESQ. for Nathan Paschen, et al.; MICHAEL FREED, ESQ. for Stanley Marks, et al.; RICHARD CREIGHTON, JR., ESQ. for W.M. Hershman, Inc., etc.; BARRY GARFINKEL, ESQ. for Charles W. Moritz, Robert E. Weissman, and The Dun & Bradstreet Corp.; DAVID MARION, ESQ. for Dun & Bradstreet, Inc. (cds) |
| 89/06/01 | 2 | MEMORANDUM (Response to pldg. #1) -- defts. The Dunn & Bradstreet Corporation, Charles W. Moritz, Robert E. Weissman and Harring Drake w/cert. of svc. (ds) |
| 89/06/01 | 3 | MEMORANDUM (Response to pldg. #1) -- pltfs. John Minors, et al. w/cert. of svc. (ds) |
| 89/06/01 | 4 | MEMORANDUM (Response to pldg. #1) -- pltf. Interbank Leasing Corp., etc. w/cert. of svc. (ds) |
| 89/06/01 | 5 | RESPONSE/MEMORANDUM (to pldg. #1) -- consolidated pltfs. w/exhibit A and cert. of svc. (ds) |
| 89/06/01 | | APPEARANCE -- LESYER L. LEVY, ESQ. for Sylvia Adams (ds) |
| 89/06/01 | 6 | RESPONSE (to pldg. #1) of defts. The Dun & Bradstreet Corporation, Charles W. Moritz, Dun & Bradstreet, Inc., Robert E. Weissman and Harrington Drake w/exhibits A thru E and cert. of svc. (ds) |
| 89/06/01 | 7 | MEMORANDUM -- deft. Dun & Bradstreet, Inc. w/svc. (ds) |
| 89/06/05 | 8 | LETTER RE MATTERS, W/ATTACHMENT AND CERT. OF SERVICE -- signed by Richard Paley, Esq., counsel for plaintiff Nathan G. Paschen, et al. (cds) |
| 89/06/08 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- pltfs. Stanley Marks, et al. -- GRANTED TO AND INCLUDING MAY 14, 1989 -- Notified involved counsel (ds0 |
| 89/06/13 | 10 | INTERESTED PARTY RESPONSE/BRIEF -- (to pldg. #1) LeDamor, Inc. -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 806 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/13 | 11 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-5, A-6, B-7, and B-8) -- Filed by pltf. LeDamor, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVANIA -- SUGGESTED TRANSFEREE JUDGE: HON. EDWARD N. CAHN -- w/cert. of svc. (rh) |
| 89/06/14 | 12 | RESPONSE -- (to pldg. #1) W.M. Hershman, Inc. -- w/cert. of svc. (rh) |
| 89/06/15 | 13 | REPLY -- Stanley Marks, et al. -- w/cert. of svc. (rh) |
| 89/06/15 | 14 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-5, A-6, B-7, B-8 and B-9) -- Filed by Interbank Leasing Corporation, W.M. Hershman, Inc. and The Mutual Manufacturing & Supply Co. -- SUGGESTED TRANSFEREE DISTRICT: S.D. OHIO -- SUGGESTED TRANSFEREE JUDGE: HERMAN J. WEBER -- w/cert. of svc. (rh) |
| 89/06/15 |  | APPEARANCE: DEBORAH R. GROSS, ESQ. for Frank Sussman Co. (rh) |
| 89/06/15 | 15 | JOINDER -- (to pldg. #10) Frank Sussman Co. -- w/cert. of svc. (rh) |
| 89/06/15 | 16 | JOINDER -- (to pldg. #11) Frank Sussman Co. -- w/cert. of svc. (rh) |
| 89/06/15 |  | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/19 |  | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULED FILED ON JUNE 15, 1989 -- Adding actions B-7 & B-8 to July 27, 1989 hearing (from pldg. #11) -- Notified involved counsel, judges and clerk (rh) |
| 89/06/23 | 17 | LETTER W/SLIP OPINIONS (re: pldg. #5) -- Consolidated pltfs. w/svc. (ds) |
| 89/06/28 | 18 | RESPONSE--LEDAMORE INC. TO PLDG. # 14 w/cert of svc. (rew) |

806

| | | |
|---|---|---|
| 89/07/03 | 19 | LETTER (re: pldgs. 1, 11 & 14) -- filed by Defts. Dun & Bradstreet, Inc., The Dun & Bradstreet Corp, Charles Moritz, Robert E. Weissman and Harrington Drake w/cert. of svc. (ds) |
| 89/07/03 | 20 | RESPONSE/BRIEF (to pldg. #11) -- Defts. The Dun & Bradstreet Corp. and Dun & Bradstreet, Inc. w/cert. of svc. (ds) |
| 89/07/03 | 21 | RESPONSE/BRIEF (to pldg. #14) -- Defts. The Dun & Bradstreet Corp. and Dun & Bradstreet, Inc. w/cert. of svc. (ds) |
| 89/07/11 | 22 | RESPONSE -- (to pldg. #11) W.M. Hershman, Inc.; Interbank Leasing Corp. and The Mutual Manufacturing & Supply Co. -- w/cert. of svc. (rh) |
| 89/07/26 | | HEARING APPEARANCES: (Hearing on 7/27/89 in Seattle, Washington) -- LIONEL G. GROSS, ESQ. for Stanley Marks, et al.; HOWARD J. SEDRAN, ESQ. for LeDamor, Inc. and Frank Sussman Co.; DUKE W. THOMAS, ESQ. for Interbank Leasing Corp. and The Mutual Mfg. & Supply Co; RICHARD L. CREIGHTON, JR., ESQ. for W.M. Hershman, Inc.; BARRY H. GARFINKEL, ESQ. for The Dun & Bradstreet Corp., Charles W. Moritz and Robert E. Weissman; DAVID H. MARION, ESQ. for Dun & Bradstreet, Inc.; MARTISS V. ANDERSON, ESQ. for Sylvia Adams and Nathan G. Paschen, et al. (rh) |
| 89/07/26 | | WAIVER OF ORAL ARGUMENT: (Hearing on 7/27/89 in Seattle, Washington) -- John Minors, et al. (rh) |
| 89/08/14 | | CONSENT OF TRANSFEREE COURT -- consenting to the transfer of litigation to the Honorable David N. Edelstein for pretrial proceedings. (ds) |
| 89/08/14 | | ORDER -- transferring A-1 and A-4 to the Southern District of New York for pretrial proceedings and Denying transfer of A-5 thru B-9 -- Notified involved clerks, judge, counsel misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 806 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Dun & Bradstreet Commercial Credit Information Services Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 14, 1989 | T.O. | Unpublished | S.D. New York | David N. Edelstein | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1   LISTING OF INVOLVED ACTIONS   S.D. New York
Judge David N. Edelstein

DOCKET NO. 806 -- In re Dun & Bradstreet Commercial Credit Information Services Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Minors, et al. v. Dun & Bradstreet Corp. | Ill.,N. Norgle | 89-C-2144 | 8/14/89 | | | |
| A-2 | Sylvia Adams v. Dun & Bradstreet Corp., et al. | N.Y.,S. Edelstein | 89-Civ.-1877 | | | | |
| A-3 | Jack TRIEF ~~Nathan G. Paschen~~, et al. v. Dun & Bradstreet Corp., et al. | N.Y.,S. Edelstein | 89-Civ.-1741 | | | settled - 12/29/93 | |
| A-4 | Stanley Marks, et al. v. Dun & Bradstreet Corp. | Ohio.,S. Weber | C-1-89-248 | 8/14/89 | | | |
| A-5 | Interbank Leasing Corp., etc. v. Dun & Bradstreet Corp., et al. | Ohio.,S. Weber | C-1-89-026 | | | | Denied 8/14/89 |
| A-6 | W.M. Hershman, Inc., etc. v. Dun & Bradstreet, Inc., et al. | Ohio.,S. Weber | C-1-89-051 | | | | |
| B-7 | LeDamor, Inc., etc. v. Dun & Bradstreet, Inc. | E.D.Pa. Cahn | 89-2245 | | | | |
| B-8 | Frank Sussman Co. v Dun & Bradstreet, Inc. | E.D.Pa. Cahn | 89-3994 | | | | |
| B-9 | The Mutual Manufacturing & Supply Co. v. Dun & Bradstreet Corp., et al. | S.D.Ohio Weber | C-1-89-408 | | | | |

July 1990 - 2 TK/ 2 xYz / 4 Pending

July 1992 - Same

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 806 -- In re Dun & Bradstreet Commercial Credit Information Services Litigation

---

JOHN MINORS, ET AL. (A-1)
Marvin A. Miller, Esq.
Chertow & Miller
Suite 3630
30 North LaSalle Street
Chicago, IL  60602

SYLVIA ADAMS (A-2)
Lester L. Levy, Esq.
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, NY  10022

NATHAN G. PASCHEN, ET AL. (A-3)
Edward Labaton, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, NY  10168

STANLEY MARKS, ET AL. (A-4)
Michael J. Freed, Esq.
Much, Shelist, Freed, Denenberg,
  Ament & Eiger, P.C.
200 North LaSalle St., Suite 2100
Chicago, IL  60601-1095

INTERBANK LEASING CORP., ETC. (A-5)
(NO APPEARANCE RECEIVED)
Gregory A. Ruehlmann, Esq.
Suite 2100, Atrium Two
221 E. Fourth Street
Cincinnati, OH  45201

W.M. HERSHMAN, INC., ETC. (A-6)
Richard L. Creighton, Jr., Esq.
Box 1800, 18th Floor Provident Tower
One East Fourth Street
Cincinnati, OH  45202

CHARLES W. MORITZ
ROBERT E. WEISSMAN
THE DUN & BRADSTREET CORPORATION
Barry H. Garfinkel, Esq.
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, NY  10022

DUN & BRADSTREET, INC.
David H. Marion, Esq.
Montgomery, McCracken, Walker
  & Rhoads
Three Parkway, 20th Floor
Philadelphia, PA  19102

LeDAMOR, INC., ETC. (B-7)
Arnold Levin, Esq.
Howard J. Sedran, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut Street
Suite 600
Philadelphia, Pennsylvania  19106

David Berger, Esq.
Harold Berger, Esq.
Berger & Montague
1622 Locust Street
Phildelphia, Pennsylvania  19103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 806 --

---

FRANK SUSSMAN CO. (B-8)
Deborah R. Gross, Esq.
Gross, Sklar & Metzger
1500 Walnut Street, Suite 600
Philadelphia, Pennsylvania 19102


THE MUTUAL MANUFACTURING & SUPPLY CO. (B-9)
William H. Blessing, Esq.
119 East Court Street
Suite 500
Cincinnati, Ohio 45202

JACK TRIEF
Ellen G. Makofsky, Esq.
Garwin, Bronzaft, Gerstein
  & Fisher
1501 Broadway
New York, New York 10036

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 806 -- In re Dun & Bradstreet Commercial Credit Information Services Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Dun & Bradstreet Corp. | A-1; A-2; A-3; A-4; A-5; A-6, B-7, B-8, B-9 |
| Charles W. Moritz | A-2; A-3 |
| Robert B. Weissman | A-2; A-3 |
| Dun & Bradstreet, Inc. | A-4 A-5; A-6, B-9 |